UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| American Civil Liberties Union; American Civil Liberties Union Foundation<br><br>-v-<br><br>Federal Bureau of Investigation | Plaintiff,<br><br><br><br><br>Defendant. |

Case No. 08-CV-3584 _____

**Rule 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

American Civil Liberties Union, et al.     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

The plaintiffs in this matter have no corporate parents, and no publicly held corporation owns 10% or more of the stock of any plaintiff.

**Date:** 4/15/2008

**Signature of Attorney**

**Attorney Bar Code:** LT-0509

Form Rule7_1.pdf SDNY Web 10/2007