



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*
*Tel: (212) 637-2701*
*Fax: (212) 637-2686*

July 16, 2008

**BY HAND**
The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-17-08
```

Re:   *ACLU v. FBI*, 08 Civ. 3584 (VM)

Dear Judge Marrero:

    This Office represents the defendant in the above-referenced case, concerning a Freedom of Information Act ("FOIA") request filed with the Federal Bureau of Investigation. An initial conference is scheduled in the case for this Friday, July 18, 2008. I write presently on behalf of both parties to request a four-week adjournment of the conference, until August 15, 2008. Since the filing of the complaint, counsel for both parties have been in regular contact and believe that they may be able to negotiate a mutually agreeable production schedule for processing the ACLU's FOIA request. More time is needed, however, in order for the FBI to ascertain the scope of production that will be entailed. Accordingly, the parties respectfully request that the Court adjourn this week's initial conference in order to allow the parties sufficient time to resolve this issue amicably without any burden on the Court. Assuming the parties are able to stipulate to a production schedule prior to August 15, 2008, the parties will submit the stipulation to be so-ordered by the Court and simultaneously request that the case be stayed during the pendency of the production. The parties note that they successfully resolved a recent FOIA case before Your Honor in a similar manner.

    I thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: _____
SERRIN TURNER
Assistant U.S. Attorney

```
Request GRANTED. The initial status
conference herein is rescheduled to 8-29-08
at 4:30 P.M.

SO ORDERED.

7-16-08
DATE           VICTOR MARRERO, U.S.D.J.
```